UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ELIZABETH QUINALUIZA CHANGO,<br><br>           Petitioner,<br><br>    v.<br><br>TODD BLANCHE ET AL.,<br><br><br><br>           Respondents | Case No. 5:26-cv-01818-MEMF-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" ("Petition") and exhibits, Respondents' Answer to the Petition, and Petitioner's Reply to the Petition, and all of the records herein, including the April 27, 2026 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). No objections to the Report and Recommendation have been filed. The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Petition is GRANTED; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ORDERED.

DATED:  May 7, 2026

_____
HONORABLE MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

2.