JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ELIZABETH QUINALUIZA CHANGO, | ) Case No. 5:26-cv-01818-MEMF-AYP ) ) JUDGMENT ) |
| Petitioner, | ) ) |
| v. | ) ) |
| TODD BLANCHE ET AL., | ) ) |
| Respondents. | ) ) ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is GRANTED; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED:  May 7, 2026

HONORABLE MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE